UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| ORLIN RODRIGUEZ ACOSTA, | : |
| Petitioner, | : |
| v. | :    No. 2:22-cv-0656 |
| | : |
| KYLE RUSSELL, *et al.*, | : |
| Respondents. | : |

_____

**O R D E R**

**AND NOW**, this 25th day of July, 2022, after de novo review of Petitioner's petition for writ of habeas corpus, ECF No. 2; and upon consideration of the Report and Recommendation ("R&R") of Magistrate Judge Carol Sandra Moore Wells, ECF No. 12, and in the absence of objections to the R&R[1], **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation, ECF No. 12, is **APPROVED** and **ADOPTED**;
2. Claim one is **DISMISSED**, pursuant to *Sone v. Powell*, 428 U.S. 465 (1976);
3. Claims Two, Three, and Four are **DISMISSED**, without prejudice, for lack of exhaustion;
4. There is no basis to issue a certificate of appealability; and
5. This case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] Petitioner's deadline to file objections to the R&R passed more than one month ago.